IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Baker, Danita A

Printed: 4/29/08

Case Number: 06 B 08904
Judge: Hollis, Pamela S
Filed: 7/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 17, 2008
Confirmed: September 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,289.10 |  |
| Secured: |  | 694.37 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 530.77 |
| Trustee Fee: |  | 63.96 |
| Other Funds: |  | 0.00 |
| Totals: | 1,289.10 | 1,289.10 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 200.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 275.00 | 0.00 |
| 3. | Robert J Semrad & Associates | Administrative | 2,324.00 | 530.77 |
| 4. | Triad Financial Services | Secured | 6,285.02 | 694.37 |
| 5. | RoundUp Funding LLC | Unsecured | 35.44 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 66.11 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 33.73 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 77.13 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 130.08 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 39.59 | 0.00 |
| 13. | AFNI | Unsecured |  | No Claim Filed |
| 14. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 15. | Collection | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | Collection | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | First Premier | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | MRSI | Unsecured |  | No Claim Filed |
| 23. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Baker, Danita A

Printed:  4/29/08

Case Number:  06 B 08904
Judge:  Hollis, Pamela S
Filed:  7/26/06

```
                                    _____        _____
                                    $ 9,516.10        $ 1,225.14
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 5%       | 7.89       |
| 4.8%     | 41.25      |
| 5.4%     | 13.94      |
| 6.5%     | 0.88       |
|          | _____ |
|          | $ 63.96    |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

